UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SERGIO RODRIGUEZ, | ) | Case No. CV 12-8459-R (PJW) |
| Petitioner | ) | JUDGMENT |
| v. | ) | |
| WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Order filed herewith,

IT IS ADJUDGED that the Motion is denied and this matter is dismissed without prejudice.

DATED: Oct. 5, 2012 .

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Ord deny habeas exten req_Judgment.wpd